# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER
<u>Guam Office</u>
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



March 5, 2007

<u>CNMI Office</u>
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

**FILED**
DISTRICT COURT OF GUAM
MAR -5 2007
MARY L.M. MORAN
CLERK OF COURT

Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re: GRAY, Billy Jack Jr.
USDC Cr. Cs. No.: 93-00002-001

### TRANSFER OF JURISDICTION REQUEST

Dear Judge Tydingco-Gatewood:

Billy Jack Gray, Jr. was sentenced on July 14, 1998 in the District Court of Guam for Importation of Methamphetamine, in violation of 21 U.S.C. § 952 and 18 U.S.C. § 2. He was sentenced to 120 months imprisonment and a five year term of supervised release with the following conditions: participation in a program approved by the US Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse or use; obtain and maintain lawful employment; perform 400 hours of community service; and pay a $50 special assessment fee.

On December 29, 2006, Mr. Gray was released to the Northern District of Florida to begin his term of supervised release. The U.S. Probation Office has received correspondence from the Northern District of Florida that Mr. Gray intends to remain in their District, and a request that jurisdiction of his case be transferred.

Based on the above request, this Officer recommends that the Court initiate a Transfer of Jurisdiction from the District of Guam to the Northern District of Florida.

RESPECTFULLY submitted this 5rd day of March 2007.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer Unit Leader

cc: File

ORIGINAL